# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SCHMIDT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 09-1308 FMO<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the awarding of benefits to plaintiff.

Dated this 21st day of September, 2010.

                                                                      /s/
                                                        Fernando M. Olguin
                                         United States Magistrate Judge