Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 Metropolitan Drive.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax (714) 564-8641
Email: mds.esq@gmail.com

Attorneys for plaintiff Barbara Schmidt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BARBARA SCHMIDT<br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant. | Case No. 5:09-CV-01308-FMO<br><br>ORDER AWARDING ATTORNEY'S FEES PERSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Stipulation), IT IS ORDERED that fees under the Equal Access to Justice Act are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS and 00 CENTS ($3,400.00) subject to the terms of the Stipulation.

DATE: 10/1/10                              /s/

                                   HONORABLE FERNANDO M. OLGUIN
                                   UNITED STATES MAGISTRATE JUDGE