# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SCHMIDT, <br><br>    Plaintiff, <br><br>    v. <br><br>MICHAEL J. ASTRUE, <br>COMMISSIONER OF SOCIAL <br>SECURITY ADMINISTRATION, <br><br>    Defendant. | NO. ED CV 09-1308 FMO <br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twenty-Thousand dollars and zero cents ($20,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Manuel D. Serpa shall reimburse plaintiff the amount of Three-Thousand, Four-Hundred dollars and zero cents ($3,400.00).

Dated this 20th day of April, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge